IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| YUEWEN CHEN and JIN LONG,<br><br>           Plaintiffs,<br><br>   vs.<br><br><br>USCIS NEBRASKA SERVICE CENTER,<br><br>           Defendant. | **4:26CV3087**<br><br><br><br><br>**ORDER** |

1) The motion to withdraw filed by attorney Michael Chen, Filing No. 11, is granted. Michael Chen is withdrawn as counsel of record for Plaintiffs and will no longer receive notice in this case.

2) On or before July 7, 2026, Plaintiffs shall either: (a) obtain the services of counsel and have that attorney file an appearance in this case; or (b) file a statement notifying the court of their intent to litigate this case without the assistance of counsel. The failure to do so may result in dismissal of Plaintiffs' claims without further notice.

3) The Clerk of the Court is directed to update the docket to reflect the following contact information for each plaintiff:

Yuewen Chen
6533 Timber Point St.
Las Vegas, NV 89148
Telephone: (702) 761-1407
Email: Staceychenstar@gmail.com

Long Jin
6533 Timber Point St.
Las Vegas, NV 89148
Telephone: (626) 223-6353
Email: LongJin1818@gmail.com

1

Dated this 23rd day of June, 2026.

BY THE COURT:


_s/ Jacqueline M. DeLuca_

United States Magistrate Judge